No. PD-0346-15

In The
Court of Criminal Appeals
Austin, Texas

Daniel Vasquer Dominguez
V.
The State of Texas

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 27 2015

Abel Acosta, Clerk

FILED IN
COURT OF CRIMINAL APPEALS

AUG 27 2015

Abel Acosta, Clerk

From Appeal No. 11-12-00349-CR
Trial Cause No. 13674-B
Taylor County

First Motion For Extension Of Time To File
Redrawn Petition For Discretionary Review

To The Honorable Judges of The Court of Criminal Appeals:

Comes now, Daniel Vasquer Dominguer, Petitioner, and files this Motion for an extension of sixty (60) days In which to file redrawn Petition for Discretionary Review. In support of this motion appellant shows the Court the following:

I.

The Petitioner was convicted in the 104th District Court of Taylor County, Texas of the offense of aggravated sexual assault of child In cause No. 13674-B, styled State of Texas vs. Daniel Dominguer. The Petitioner appealed to the Court

(1.)

of Appeals, Eleventh Supreme Judicial District at Eastland, Texas. The case was affirmed on February 27, 2015.

## II.

The present deadline for filing the Petition for Discretionary Review is August 30, 2015. Petitioner makes this request in the interest of justice and to perfect his petition for discretionary review.

## III.

Petitioner has limited time at the Unit law Library, he has no type-writer, no computer, or anyway of making copies at the Unit. All copies must be sent out of the Unit in order to make copies, with outside sources.

## III.

Petitioner has limited knowledge in law, has no attorney helping him in his case. The law library has outdated books, and will not furnish copies for prisoners. Without the Court's consideration to grant this extension, the Petitioner will be at a disadvantage and will be unable to perfect and meet the deadline of his Petition for Discretionary Review.

## I

Petitioner informed this Court in his previous filings that were stricken from the Court. That in his attempt to provide copies for the Court some of the documents came up missing. So, in the event Petitioner has to carefully monitor his outgoing and incoming -

mail at the Unit. So that this will not occur again. He also has to make arrangements to make copies of the missing documents from the Opinion of Court of Appeals to be able to provide this Court.

Wherefore, Petitioner prays this Court grant this motion and extend the deadline for filling the Petitioner for Discretionary Review in case no. (P.D-0346-15), to October 29, 2015.

Respectfully Submitted,

<u>Daniel Vasquez Dominguez</u>
Daniel Vasquez Dominguez
Petitioner, pro se
TDCJ-ID#: 1355966
Neal Unit
9055 Spur 591
Amarillo, Texas 79107

<u>Certificate of Service</u>

I certify that a true and correct copy of the foregoing First Motion for Extension of Time to File Redrawn Petition for Discretionary Review, has been placed in the U.S. Postal Service, postage prepaid, first class to the: Court of Criminal Appeals of Texas, P.O. Box 12308, Capitor Station, Austin, Texas 78711, on this the <u>19</u> day of <u>August</u>, 2015.

<u>Daniel Vasquez Dominguez</u>
Petitioner, pro se

(3.)

<u>Inmate's Declaration</u>

I, Daniel Vasquez Dominguez, TDCJ# 1355966, being presently incarcerated in the Neal Unit of the Texas Department of Criminal Justice in Potter County, Texas, verify and declare under penalty of perjury that the foregoing statements are true and correct.

Executed on this the 19 day of August, 2015.

Daniel Vasquez Dominguez
Neal Unit, TDCJ# 1355966

(4.)